IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                             Civil No. 08-5100

ONE 2003 WHITE CHEVROLET VAN, VIN 1GCEG15X331180988;

ONE 2002 BLACK SIERRA TRUCK, VIN 2GTEK19T621215909;

ONE 2000 WHITE INTERNATIONAL TRUCK, VIN 1HTSDAAM7YH253577;

ONE 2000 WHITE INTERNATIONAL TRUCK, VIN 1HTSCAAL1YH222822;

ONE 2004 WHITE CHEVROLET VAN, VIN 1GAHG39U341176877;

ONE 2004 RED SIERRA TRUCK, VIN 1GTHK232X4F205415; and

$2,571.00 IN UNITED STATES CURRENCY,
        Defendants.

## CONSENT DECREE OF FORFEITURE

On April 30, 2008, a Verified Complaint of Forfeiture was filed on behalf of the plaintiff, United States of America, against the defendant properties. The complaint alleges that the defendant properties are subject to forfeiture pursuant to 8 U.S.C. § 1324(b)(1) as the defendant properties were acquired with monies derived from and represent the proceeds of the concealing or harboring of an alien or aliens, and currency which represents the proceeds of the concealing or harboring of an alien or aliens, remaining in the United States in violation of law as provided in 8 U.S.C. § 1324(a)(1)(A)(iii).

It appearing that process was fully issued in this action and returned according to law:

1. On June 2, 2008, Acambaro Mexican Restaurant, Inc., Garcia's Distributor, Inc., and Arturo Reyes, Jr., by and through their attorney, Milton A. DeJesus, received service by certified mail.

2. On June 9, 2008, a Verified Statement of Interest was filed on behalf of Acambaro Mexican Restaurant, Inc., Garcia's Distributor, Inc., and Arturo Reyes, Jr.

3. On June 9, 2008, an Answer was filed on behalf of Acambaro Mexican Restaurant, Inc., Garcia's Distributor, Inc., and Arturo Reyes, Jr.

4. On June 5, 12, and 19, 2008, notice of this action was published in the <u>Arkansas Democrat Gazette</u> newspaper. No other claims have been filed.

5. The defendant properties are more particularly described as:

(a) One 2003 White Chevrolet Van, VIN 1GCEG15X331180988;

(b) One 2002 Black Sierra Truck, VIN 2GTEK19T621215909;

(c) One 2000 White International Truck, VIN 1HTSDAAM7YH253577;

(d) One 2000 White International Truck, VIN HTSCAAL1YH222822 ;

(e) One 2004 Chevrolet Van, VIN 1GAHG39U341176877;

(f) One 2004 Red Sierra Truck, VIN 1GTHK232X4F205415; and

(g) $2,571.00 in U.S. currency

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that:

(1) Pursuant to the agreement of the parties, the defendant vehicles are to be returned to the claimants provided storage and incidental costs are paid to the Bureau of Customs and Border Protection. Upon payment of the costs, the Bureau of Customs and Border Protection is hereby directed to return the vehicles.

(2) The $2,571.00 in U.S. currency is hereby forfeited to the United States of America and is to be applied towards satisfaction of the $400,000.00 forfeited in the related criminal case, <u>United States v. Acambaro Mexican Restaurant, Inc., et. al.</u>, Cr. No. 5:08CR50009.

IT IS SO ORDERED this 22nd day of August, 2008.


                                                      /s/ Jimm Larry Hendren
                                                      **JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**

APPROVED:

**/s/David R. Ferguson**
David R. Ferguson
Assistant U.S. Attorney for Plaintiff



**/s/Milton A. DeJesus**
Milton A. DeJesus
Attorney for Claimants,
Acambaro Mexican Restaurant, Inc.,
Garcia's Distributor, Inc., and Arturo Reyes, Jr.